## Index of Exhibits

Note: Many of the following exhibits are marked with continuing exhibit numbers from the depositions in this case. For purposes of this Motion, the Exhibits are designated as follows:

1. Declaration of Pat McDaniel
2. Deposition Excerpts of Pat McDaniel
3. Deposition Excerpts of Wilton Joseph Gregory
4. Declaration of Wilton Joseph Gregory
5. Declaration of Benedict J. Strafuss
6. Deposition Excerpts of Calvin Klotz, Jr.
7. Deposition Excerpts of Ben Strafuss
8. Email Chain between Leon Rittenberg and Pat McDaniel
9. Email from Pat McDaniel to Dean Cheramie
10. Email from Pat McDaniel to Ben Strafuss attaching First Draft Bareboat
11. Email from Calvin Klotz to Pat McDaniel attaching Owner's Redline
12. Email from Pat McDaniel to Calvin Klotz attaching Last Draft Bareboat
13. Email from Leon Rittenberg to Pat McDaniel, attaching Draft Bareboat, Version 9
14. Draft Bareboat with Handwritten Comments
15. Email Chain between Leon Rittenberg and Pat McDaniel, attaching Draft Bareboat, Version 3
16. Email from Ben Strafuss to Calvin Klotz
17. Notebook Excerpts of Patrick McDaniel, *in globo*.
18. Email from Derek Chaisson to Calvin Klotz and Ben Strafuss
19. Email from Leon Rittenberg to Pat McDaniel, attaching Draft Bareboat, Version 11